UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRANDIE RIVERA, | Case No. 15-CV-05547-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| EQUIFAX, INC., et al., | |
| Defendants. | |

Plaintiff's Attorney: Eliot Gale
Defendant HSBC Bank USA's Attorney: Austin Beardsley
Defendant Equifax's Attorney: Thomas Quinn

An initial case management conference was held on March 16, 2016. A further case management conference is set for June 22, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 15, 2016.

Plaintiff has settled with Defendant Equifax, Inc. The parties shall file a stipulation of dismissal by March 25, 2016. Plaintiff and Defendant HSBC Bank USA shall file a stipulation of dismissal or a joint settlement status report by April 29, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to File Stipulation of Dismissal as to Equifax, | March 25, 2016 |

1

Case No. 15-CV-05547-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Inc. | |
| Deadline to Exchange Initial Disclosures | April 14, 2016 |
| Last Day to Amend the Pleadings/Add Parties | April 15, 2016 |
| Deadline to File Joint Settlement Status Report as to Defendant HSBC Bank USA | April 29, 2016 |
| Close of Fact Discovery | November 17, 2016 |
| Opening Expert Reports | October 20, 2016 |
| Rebuttal Expert Reports | November 3, 2016 |
| Close of Expert Discovery | November 17, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 1, 2016 |
| Hearing on Dispositive Motions | January 19, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 16, 2017, at 1:30 p.m. |
| Jury Trial | April 4, 2017, at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated:  March 16, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05547-LHK
CASE MANAGEMENT ORDER