United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRANDIE RIVERA, | Case No. 15-CV-05547-LHK |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HSBC BANK USA, NATIONAL ASSOCIATION, | |
| Defendant. | |

The case management conference, currently set for June 22, 2016, at 2:00 p.m., is hereby CONTINUED to August 3, 2016, at 2:00 p.m. Pursuant to the representations made in the parties' June 14, 2016 case management conference, the parties shall file a stipulation of dismissal as to Defendant HSBC Bank USA, National Association by July 14, 2016.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-05547-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE